**Order entered October 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00873-CV

**MICHELLE SMITH, Appellant**

**V.**

**BETTY CONNOR, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-02992-D**

## ORDER

The Court has before it appellee's "motion for leave to withdraw as counsel" which we will treat as her notice to appear pro se. We **DIRECT** the Clerk of the Court to list appellee as appearing pro se and to send all future correspondence and notices to appellee at 950 E. 8th Street Ferris, TX 75125.

/s/    CRAIG STODDART
       JUSTICE